UNITED STATES of America, Plaintiff–Appellee,

v.

Ernestina PINA, Defendant–Appellant.

No. 03–50660.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 8, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, Daniel Patrick Kinnicutt, San Antonio, TX, for Plaintiff–Appellee.

Jack R. Stern, Del Rio, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Ernestina Pina argues that the evidence is insufficient to support her convictions for importation of marijuana and possession of marijuana with intent to distribute. Pina argues that the evidence fails to show that she was aware that 205 pounds of marijuana was hidden inside a diesel tank in the back of a borrowed truck that she presented to U.S. Customs Inspectors at the Del Rio, Texas, port of entry.

In light of the value of the marijuana, Pina's somewhat implausible explanation for borrowing the truck, and her failure to offer a consistent explanation for a large amount of cash found in her possession, a rational jury could have concluded that Pina was aware of the marijuana hidden in the truck. *United States v. Ramos-Garcia,* 184 F.3d 463, 465–67 (5th Cir.1999). We will not disturb that determination. *United States v. Runyan,* 290 F.3d 223, 240 (5th Cir.), *cert. denied,* 537 U.S. 888, 123 S.Ct. 137, 154 L.Ed.2d 149 (2002).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.